# United States Court of Appeals
### For the Eighth Circuit
_____

No. 21-3212
_____

United States of America

*Plaintiff - Appellee*

v.

Jeffrey Callen Gonzagowski, Jr.

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith
_____

Submitted: April 12, 2022
Filed: April 15, 2022
[Unpublished]
_____

Before SHEPHERD, KELLY, and STRAS, Circuit Judges.
_____

PER CURIAM.

Jeffrey Gonzagowski Jr. received a 360-month prison sentence after he pleaded guilty to transporting a minor with intent to engage in criminal sexual activity. *See* 18 U.S.C. § 2423(a). In an *Anders* brief, Gonzagowski's counsel suggests that the sentence is substantively unreasonable. *See Anders v. California*, 386 U.S. 738 (1967). A supplemental pro se brief raises several other issues.

We conclude that Gonzagowski's sentence is substantively reasonable. *See United States v. McKanry*, 628 F.3d 1010, 1022 (8th Cir. 2011) (recognizing that "it is nearly inconceivable that" once a district court has varied downward, it "abuse[s] its discretion in not varying downward [even] further" (quotation marks omitted)). The record establishes that the district court[1] sufficiently considered the statutory sentencing factors, 18 U.S.C. § 3553(a), and did not rely on an improper factor or commit a clear error of judgment. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc).

Gonzagowski's other arguments fare no better. His plea was knowing and voluntary, *see Voytik v. United States*, 778 F.2d 1306, 1308–09 (8th Cir. 1985); there was a sufficient factual basis for it, *see Nguyen v. United States*, 114 F.3d 699, 703 (8th Cir. 1997); and the comments the district court made at sentencing did not show bias, *see Liteky v. United States*, 510 U.S. 540, 555 (1994).

Finally, we have independently reviewed the record and conclude that no other non-frivolous issues exist. *See Penson v. Ohio*, 488 U.S. 75, 82–83 (1988). We accordingly affirm the judgment of the district court and grant counsel permission to withdraw.

_____

[1]The Honorable P.K. Holmes, III, United States District Judge for the Western District of Arkansas.